**426**

■

391 P.3d 1248

STATE of Hawai'i, Plaintiff-Appellant,

v.

Augustine Jerome PANNELL, also known as Jerome Pannell, Defendant-Appellee.

NO. CAAP-16-0000456

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 29, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 16-1-0305)

SUMMARY DISPOSITION ORDER

Affirm.

■

391 P.3d 1248

STATE of Hawai'i, Plaintiff-Appellee,

v.

Angel KAAHANUI, Defendant-Appellant

NO. CAAP-15-0000721

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14-1-2018)

SUMMARY DISPOSITION ORDER

Affirmed.

■

391 P.3d 1248

STATE of Hawai'i, Plaintiff-Appellee,

v.

Gary T. PAIK, Defendant-Appellant

NO. CAAP-14-0000497

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 30, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTA-12-01602)

SUMMARY DISPOSITION ORDER

Affirmed.